Rel: December 8, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0155

Renasant Bank v. Jack Donovan, Michele Donovan, and JMJAC Restaurant, Inc. (Appeal from Shelby Circuit Court: CV-18-84).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(C), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Mendheim, JJ., concur.

Cook, J., recuses himself.